**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| CAMPAIGN LEGAL CENTER, *et al.*,   ) | |
| ) | |
| Plaintiffs,   ) | |
| ) | |
| v.   ) | Case No. 1:22-cv-92 |
| ) | |
| JOHN B. SCOTT, in his official capacity   ) | |
| ) | |
| Defendant.   ) | |

## CORPORATE DISCLOSURE STATEMENT

Plaintiffs Campaign Legal Center ("CLC"); American Civil Liberties Union Foundation of Texas ("ACLU TX"); Mexican American Legal Defense and Educational Fund, Inc. ("MALDEF"); Lawyers Committee for Civil Rights Under Law ("LCCRUL"); and Dēmos: A Network for Ideas and Action, Ltd. ("Dēmos"), submit the following statement of their corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

**(1)    The undersigned counsel of record for parties to this action certify that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party**:

- CLC (Plaintiff), which has no parent corporation, nor does a publicly-held company own any interest in it;

- ACLU TX (Plaintiff), which has no parent corporation, nor does a publicly-held company own any interest in it;

- MALDEF (Plaintiff), which has no parent corporation, nor does a publicly-held company own any interest in it;

- LCCRUL (Plaintiff), which has no parent corporation, nor does a publicly-held company own any interest in it;

- Dēmos (Plaintiff), which has no parent corporation, nor does a publicly-held company own any interest in it;

- John B. Scott, in his official capacity (Defendant).

**(2)     The undersigned further certify that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

- None known.

**(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

Counsel for Plaintiff CLC:

- Alice Huling, Danielle Lang, Molly Danahy, and Caleb Jackson of CLC

- Chad Dunn of Brazil & Dunn, LLP

Counsel for Plaintiff ACLU TX:

- Thomas Buser-Clancy, Andre Segura, and Ashley Harris of ACLU TX

Counsel for Plaintiff MALDEF:

- Nina Perales, Fatima Menendez, and Rosa Saavedra Vanacore of MALDEF

Counsel for Plaintiff LCCRUL:

- Ezra Rosenberg and Pooja Chaudhuri of LCCRUL
- Lindsey B. Cohan and Neil Steiner of Dechert LLP

Counsel for Plaintiff Dēmos:

- Brenda Wright of Dēmos
- Lindsey B. Cohan and Neil Steiner of Dechert LLP

Counsel for Defendants:

- [Intentionally left blank]

Respectfully submitted this 1st day of February, 2022.


*/s/ Nina Perales*
Nina Perales
(Tex. Bar No. 24005046)
Fatima Menendez
(Tex. Bar No. 24090260)
Mexican American Legal Defense

*/s/ Thomas Buser-Clancy*
Thomas Buser-Clancy
(Tex. Bar No. 24078344)
Andre Segura
(Tex. Bar No. 24107112)
Ashley Harris

and Educational Fund Inc. (MALDEF)
110 Broadway Street, #300
San Antonio, TX 78205
nperales@maldef.org
fmenendez@maldef.org

Rosa Saavedra Vanacore*
Mexican American Legal Defense and
Educational Fund Inc. (MALDEF)
1016 16th Street, NW, Suite 100
Washington, DC 20036
(202) 293-2828
rsaavedra@MALDEF.org

*Motion for pro hac vice forthcoming

Counsel for Plaintiff Mexican
American Legal Defense and
Educational Fund, Inc.

/s/ Chad W. Dunn
Chad W. Dunn
(Tex. Bar No. 24036507)
Brazil & Dunn
4407 Bee Cave Road
Building 1, Ste. 111
Austin, TX 78746
chad@brazilanddunn.com

(Tex. Bar No. 24123238)
American Civil Liberties Union
Foundation of Texas
P.O. Box 8306
Houston, TX 77288
tbuser-clancy@aclutx.org
asegura@aclutx.org
aharris@aclutx.org

*Counsel for*
*Plaintiff American Civil Liberties*
*Union Foundation of Texas*

Alice Huling*
Danielle Lang*
Molly Danahy*
Caleb Jackson*
Campaign Legal Center
1101 14th St. NW, Ste. 400
Washington, DC 20005
ahuling@campaignlegalcenter.org
dlang@campaignlegalcenter.org
mdanahy@campaignlegalcenter.org
cjackson@campaignlegalcenter.org

*Motion for admission pro hac vice*
*forthcoming*

*Counsel for Plaintiff Campaign Legal Center*

*/s/ Lindsey B. Cohan*
Lindsey B. Cohan
Texas Bar No. 24083903
DECHERT LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
lindsey.cohan@dechert.com

Neil Steiner*
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
neil.steiner@dechert.com

*Motion for admission pro hac vice forthcoming*

*Counsel for Plaintiffs Lawyers' Committee for Civil Rights Under Law and Dēmos A Network for Ideas and Action, Ltd.*

Ezra Rosenberg*
Pooja Chaudhuri*
Lawyers Committee for
Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, D.C. 20005
erosenberg@lawyerscommittee.org
pchaudhuri@lawyerscommittee.org

*Motion for admission pro hac vice forthcoming*

*Counsel for Plaintiff Lawyers Committee for Civil Rights Under Law*

Brenda Wright*
80 Broad Street, 4th Floor
New York, NY 10004
bwright@demos.org

*Motion for admission pro hac vice forthcoming*

*Counsel for Plaintiff Dēmos A Network for Ideas and Action, Ltd.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| CAMPAIGN LEGAL CENTER, *et al*., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. _____ |
| | ) |
| JOHN B. SCOTT, in his official capacity, | ) |
| | ) |
| Defendant. | ) |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, I served all parties a true and correct copy of

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**, by filing same

with the clerk of court using the CM/ECF system, which will automatically send

email notification of such filing to all attorneys of record.

This 1st day of February, 2022.

*/s/ Nina Perales*
Nina Perales
(Tex. Bar No. 24005046)
Fatima Menendez
(Tex. Bar No. 24090260)
Mexican American Legal Defense
and Educational Fund Inc. (MALDEF)
110 Broadway Street, #300
San Antonio, TX 78205

nperales@maldef.org
fmenendez@maldef.org

*Counsel for Plaintiff Mexican
American Legal Defense and
Educational Fund, Inc.*