IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CAMPAIGN LEGAL CENTER ET AL., <br> PLAINTIFFS, <br><br> V. <br><br> JOHN B. SCOTT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE STATE OF TEXAS, <br> DEFENDANT. | § § § § § § § § § § § § CAUSE NO. 1:22-CV-92-LY |

**FILED**
APR 27 2022
CLERK, U S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## ORDER SETTING BENCH TRIAL

**IT IS ORDERED** that the above-referenced cause is **SET** for bench trial on **Monday, May 9, 2022, at 9:30 a.m** in Courtroom 7, Seventh Floor of the United States Courthouse, 501 West 5th Street, Austin, Texas. The parties are granted 30 minutes per side for presentation.

SIGNED this 27th day of April, 2022.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE