IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | |
|---|---|
| CAMPAIGN LEGAL CENTER ET AL., § <br> PLAINTIFFS, § <br> § <br> V. § <br> § CAUSE NO. 1:22-CV-92-LY <br> JOHN B. SCOTT, IN HIS OFFICIAL § <br> CAPACITY AS SECRETARY OF THE § <br> STATE OF TEXAS, § <br> DEFENDANT. § | |

## MANDATORY INJUNCTION AND FINAL JUDGMENT

On May 9, 2022, the court called the above-referenced cause for bench trial, all parties announced ready, and the trial proceeded and concluded. On this date, by separate Findings of Fact and Conclusions of Law, the court concluded that Defendant John B. Scott, Secretary of the State of Texas (the "Secretary") violated the National Voter Registration Act in refusing to release certain voter-registration records (the "Records") upon Plaintiffs' requests on August 27, 2021, and October 20, 2021.

**IT IS THEREFORE ORDERED** and the court **HEREBY DECLARES** that the Secretary's refusal to release the Records upon Plaintiffs' requests violates the National Voter Registration Act.

**IT IS FURTHER ORDERED** that Defendant John B. Scott, within 14 days of the date of this order, provide Plaintiffs with the following information pertaining to the 11,246 registered voters identified as potential non-citizens:[1]

---

[1] The lettering in the following list reflects the lettering in Plaintiffs' Proposed Order (Doc. #52-1), with certain items omitted as explained in the court's Findings of Fact and Conclusions of Law.

a. Voter name (first, middle, last, suffix);

g. Voter Identification Number;

h. Date of voter registration application;

i. Effective date of voter registration;

j. Status of voter registration;

k. Any known prior voter registration statuses and dates of changes in voter registration status;

l. All known voting history;

m. Issuance date of current driver's license, personal identification, or election identification certificate; and

n. Date on which individual provided the DPS with documentation indicating lawful presence but not U.S. citizenship, if known.

In providing these records, the Secretary may redact any portions of the personally identifying information that is redacted from the publicly available voter file.

**IT IS FURTHER ORDERED** that Plaintiffs shall recover their costs of court from Defendant John B. Scott.

Any claim for attorney's fees incurred in this action will be determined post judgment and pursuant to Rule CV-7(j), of the Local Rules of the United States District Court for the Western District of Texas.

As all disputes among the parties have been resolved, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

SIGNED this _2nd_ day of August, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE