UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAMPAIGN LEGAL CENTER, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 1:22-cv-92-LY |
| JOHN SCOTT, in his official capacity as Texas Secretary of State, | § § § § | |
| Defendant. | § | |

### DEFENDANT'S NOTICE OF APPEAL

Defendant John Scott, in his official capacity as Secretary of State, appeals to the U.S. Court of Appeals for the Fifth Circuit this Court's Mandatory Injunction and Final Judgment entered on August 2, 2022. *See* Mandatory Injunction and Final Order, ECF 56.

Date: August 4, 2022

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410

Respectfully submitted.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
patrick.sweeten@oag.texas.gov
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
will.thompson@oag.texas.gov
Tex. State Bar No. 24088531

J. AARON BARNES
Special Counsel
aaron.barnes@oag.texas.gov
Tex. State Bar No. 24099014

JACK B. DISORBO
Assistant Attorney General
jack.disorbo@oag.texas.gov
Tex. State Bar No. 24120804

**COUNSEL FOR DEFENDANT**

1

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 4, 2022, and that all counsel of record were served by CM/ECF.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN
