# United States Court of Appeals for the Fifth Circuit

FILED
August 12, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ Jay Vicha
DEPUTY

---

No. 22-50692

---

Campaign Legal Center; American Civil Liberties Union Foundation of Texas; Mexican American Legal Defense and Educational Fund, Incorporated; Lawyers Committee for Civil Rights Under Law; DEMOS a Network for Ideas and Action, Limited,

*Plaintiffs—Appellees*,

versus

John B. Scott, *in his official capacity as Secretary of the State of Texas*,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:22-CV-92

---

Before Higginbotham, Stewart, and Dennis, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Appellant's opposed motion for stay pending appeal is CARRIED WITH THE CASE.

IT IS FURTHER ORDERED that Appellant's alternative motion for a temporary administrative stay is GRANTED.

No. 22-50692

IT IS FURTHER ORDERED that this matter is expedited to the next available randomly designated regular oral argument panel. The Clerk is directed to issue a schedule for expedited briefing thereafter.

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 12, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-50692   Campaign Legal Center v. Scott
                  USDC No. 1:22-CV-92

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Mr. Joseph Aaron Barnes Sr.
Mr. Ari Cuenin
Ms. Molly Danahy
Mr. Philip Devlin
Mr. Chad Wilson Dunn
Ms. Danielle Marie Lang
Ms. Nina Perales
Mr. Andre Segura

P.S. to Counsel: The expedited briefing schedule will be forthcoming.