IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CAMPAIGN LEGAL CENTER ET AL., § <br> PLAINTIFFS, § <br> § <br> V. § <br> § <br> JOHN B. SCOTT, IN HIS OFFICIAL § <br> CAPACITY AS SECRETARY OF THE § <br> STATE OF TEXAS, § <br> DEFENDANT. § | CAUSE NO. 1:22-CV-92-LY |

### FINAL JUDGMENT

On September 29, 2022, the United States Court of Appeal for the Fifth Circuit rendered a decision vacating this court's mandatory injunction and remanding the case to this court with instructions to dismiss the case because Plaintiffs lack standing. *Campaign Legal Ctr. v. Scott*, 49 F.4th 931, 933 (5th Cir. 2022). The mandate issued on October 21, 2022.

**IT IS THEREFORE ORDERED** that all of Plaintiffs' claims and causes of action are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendant is awarded costs.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

SIGNED this _1st_ day of November, 2022.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE